UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUKE ANTHONY WALKER, | Case No. CV 14-6303-CBM(AJW) |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| J. SOTO, WARDEN, | |
| Respondent. | |

Petitioner filed this petition for a writ of habeas corpus on August 12, 2014 challenging a September 29, 2013 prison disciplinary finding. Petitioner alleges that he was denied due process in the course of the hearing. He also alleges that he has been denied his right to administrative review. [Petition at 2 & attached pages]. For the following reasons, the petition is subject to summary dismissal.[1]

A state prisoner is required to exhaust all available state court remedies before a federal court may grant habeas relief. 28 U.S.C. § 2254(b); O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999); see Duncan

---

[1] Rule 4 of the Rules Governing Section 2254 Cases provides that "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition ...."

v. Henry, 513 U.S. 364, 365 (1995)(per curiam). The exhaustion requirement is satisfied when the substance of a petitioner's federal claim has been fairly presented to the state's highest court. Davis v. Silva, 511 F.3d 1005, 1008-1009 (9th Cir. 2008).

From the face of the petition, it is clear that petitioner has never presented any of his claims to the California Supreme Court, and therefore, has not exhausted his state remedies. [See Petition at 3-4].[2] Although this Court has discretion to stay mixed habeas petitions to allow the petitioner to exhaust his state remedies, see Rhines v. Webber, 544 U.S. 269, 277-278 (2005), it does not have discretion to stay a petition containing only unexhausted claims. Raspberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006) ("Once a district court determines that a habeas petition contains only unexhausted claims, it need not inquire further as to the petitioner's intentions. Instead, it may simply dismiss the habeas petition for failure to exhaust.").

Accordingly, the petition for a writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 18, 2014

Consuelo B. Marshall
United States District Judge

---

[2] Petitioner filed a habeas corpus petition in the California Superior Court, which was denied on May 29, 2014. [Petition, Ex. A]. He does not allege that he filed any other state petition, and reference to the California Appellate Courts Case Information reveals none. See http://appellatecases.courtinfo.ca.gov.